Pro Se 15 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Shaun Williams

_____

_____ ,

                    Plaintiff(s),

         v.

Robert Ferguson

Kevin Hull

Matthew Clucas                ,

                    Defendant(s).

CASE NO.  3:21-cv-05910-BHS
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☐ Yes  ☑ No

## I.      THE PARTIES TO THIS COMPLAINT

A.      Plaintiff(s)

        *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Shaun Williams |
| Street Address | PO Box 2233 |
| City and County | Port Orchard, Kitsap |
| State and Zip Code | Wa 98366 |
| Telephone Number | (360) 434-8339 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.      Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

        Defendant No. 1

|  |  |
|---|---|
| Name | Robert Ferguson |
| Job or Title *(if known)* | Washington State Attorney General |
| Street Address | 1125 Washington St SE |
| City and County | Olympia, Thurston |
| State and Zip Code | 98504 |
| Telephone Number | (360) 664-9083 |
| ☐ Individual capacity | ☑ Official capacity |

        Defendant No. 2

|  |  |
|---|---|
| Name | Kevin Hull |
| Job or Title *(if known)* | Kitsap County Superior Court Department 6 |
| Street Address | 14 Division St |
| City and County | Port Orchard, Kitsap |
| State and Zip Code | Wa 98366 |
| Telephone Number | (360) 337-5704 |
| ☑ Individual capacity | ☑ Official capacity |

        Defendant No. 3

|  |  |
|---|---|
| Name | Matthew Clucas |
| Job or Title *(if known)* | Kitsap County Superior Court Commissioner |
| Street Address | 14 Division St MS 24 |
| City and County | Port Orchard, Kitsap |
| State and Zip Code | Wa 98366 |
| Telephone Number | (360) 337-7140 |
| ☑ Individual capacity | ☑ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

     Name                               _____

     Job or Title *(if known)*        _____

     Street Address             _____

     City and County           _____

     State and Zip Code       _____

     Telephone Number        _____

     ☐ Individual capacity    ☐ Official capacity

## II.   PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

     ☑ No      ☐ Yes      If yes, how many? _____

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1

2

3        Defendant(s)

4

5

6

7

8        (*If there is more than one previous lawsuit, describe the additional lawsuits on another

         piece of paper using the same outline. Attach additional sheets, if necessary*)

9
         Court and name of district:

10

11
         Docket Number:

12
         Assigned Judge:

13
         Disposition: (*For example, was the case dismissed as frivolous or for failure to state a

14       claim? Was it appealed? Is it still pending?*)

15

16

17

18
         Approximate filing date of lawsuit:

19
         Approximate date of disposition:

20

21                    **III.    BASIS FOR JURISDICTION**

22           Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23       rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

1  *v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may

2  sue federal officials for the violation of certain constitutional rights.

3  A.      Are you bringing suite against *(check all that apply)*:

4          ☐       Federal officials (a *Bivens* claim)

5          ☑       State or local officials (a § 1983 claim)

6  B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or

7          immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are

8          suing under section 1983, what federal constitutional or statutory right(s) do you claim

9          is/are being violated by state or local officials?

10         Deprived of property and liberty without due process due to court order issued contrary to federal law

11         and supreme court precedent. Violation of the 14th Amendment.

12         _____

13         _____

14  C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

15         rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

16         being violated by federal officials?

17         _____

18         _____

19         _____

20         _____

21  D.     Section 1983 allows defendants to be found liable only when they have acted "under

22         color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory

23         or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983,

24         explain how each defendant acted under color of state or local law.  If you are suing

*Pro Se 15 2016*

1   under *Bivens*, explain how each defendant acted under color of federal law.  Attach

2   additional pages if needed.

Mr. Clucas acted in his capacity as Kitsap County Family Court Commissioner to issue an order

that was contrary to federal law and Supreme Court precedent. He then denied a motion to vacate citing

applicable federal law. Mr. Hull is Mr. Clucas' superior and also denied the motion to vacate when

brought before him. Mr. Ferguson is the head of the state judicial system and in charge of both men.

## IV.   STATEMENT OF CLAIM

*State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Mr. Clucas issued an order contrary to federal law and Supreme Court precedent. He then held me in contempt of

that order. He further denied a motion to vacate as void due to federal law superseding his order. Mr. Hull also denied

that motion when brought before him. Mr. Ferguson failed to provide clear direction to his judges in regards to VA disability claims.

A.   Where did the events giving rise to your claim(s) occur?

Kitsap County Superior Court

B.   What date and approximate time did the events giving rise to your claim(s) occur?

August 6, 2019; February 29, 2020; January 6, 2021

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?*

*Who did what?  Was anyone else involved?  Who else saw what happened?)*

An order indemnifying my former spouse for loss of income from my military retirement due to the award of

Veteran's Administration Disability was issued by Mr. Clucas. He further held me in contempt during the pandemic when

I was unemployed and the disability was my only income. Mr. Clucas has denied any motion to vacate as void and threatens

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

*Pro Se 15 2016*

me with jail if I do not pay. This has resulted in my homelessness and destitution. Mr. Clucas is not authorized to act as an attorney by the VA.

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I ask that the court vacate the Maintenence and Contempt orders issued by Mr. Clucas.

I further ask that Mr. Clucas be ordered to repay me the $14,110.97 as of today that

I overpaid my former spouse as a result of his order. I further ask that the court fine Mr. Clucas,

Mr. Hull and Mr Ferguson as federal law allows for such actions. I further ask for as much punitive damages as this court finds fair.

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

1    I agree to provide the Clerk's Office with any changes to my address where case-related

2  papers may be served. I understand that my failure to keep a current address on file with the

3  Clerk's Office may result in the dismissal of my case.

4    Date of signing:          13DEC21

5    Signature of Plaintiff      *Shaun Williams*

6    Printed Name of Plaintiff    Shaun Williams

7

8    Date of signing:

9    Signature of Plaintiff

10   Printed Name of Plaintiff

11

12   Date of signing:

13   Signature of Plaintiff

14   Printed Name of Plaintiff

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8